| | |
|---|---|
| 1 | Juan C. Araneda (SBN 213041) |
| |    E-Mail: jaraneda@fisherphillips.com |
| 2 | FISHER & PHILLIPS LLP |
| | 1 Montgomery Street, Suite 3400 |
| 3 | San Francisco, California 94104 |
| | Telephone: (415) 490-9000 |
| 4 | Facsimile: (415) 490-9001 |

Attorneys for Defendants
ALLEN MEDIA BROADCASTING LLC, ALLEN MEDIA HOLDINGS, LLC, ALLEN MEDIA HOLDINGS II, LLC, CALIFORNIA TV HOLDINGS, INC., CALIFORNIA TV, LLC, and BYRON ALLEN FOLKS

JOHN KEVIN CROWLEY (SBN 88189)
ATTORNEY AT LAW
111 W. St. John Street, Suite 1200
San Jose, CA 95113
Tel: (408) 288-8100
Fax: (408) 288-9409
E-mail: jkclaw@pacbell.net

Attorneys for Plaintiff
COURTNEY MARIE KREIDER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY MARIE KREIDER, an individual, | CASE NO.: 2:25-cv-03410-DMC |
| Plaintiff, | **JOINT STIPULATION RE: DEADLINE FOR DEFENDANTS ALLEN MEDIA BROADCASTING LLC, ALLEN MEDIA HOLDINGS, LLC, ALLEN MEDIA HOLDINGS II, LLC, CALIFORNIA TV HOLDINGS, INC., CALIFORNIA TV, LLC, and BYRON ALLEN FOLKS TO RESPOND TO THE INITIAL COMPLAINT; ORDER** |
| v. | |
| ALLEN MEDIA BROADCASTING LLC, a California limited liability company, ALLEN MEDIA HOLDINGS LLC, a Delaware limited liability company, ALLEN MEDIA HOLDINGS II LLC, a Delaware limited liability company, CALIFORNIA TV HOLDINGS INC., a Delaware corporation, CALIFORNIA TV LLC, a Delaware limited liability company, qualified in California as CALIFORNIA TV LLC, d/b/a KHSL, ALLEN MEDIA LLC, a Delaware limited liability company, PG&E CORPORATION, a California corporation, PACIFIC GAS AND ELECTRIC COMPANY, a California corporation, BYRON ALLEN FOLKS, an individual, and DOES 1 through 1000, | Complaint filed:    November 21, 2025 |
| Defendants. | |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff COURTNEY MARIE KREIDER ("Plaintiff") and Defendants ALLEN MEDIA BROADCASTING LLC, ALLEN MEDIA HOLDINGS, LLC, ALLEN MEDIA HOLDINGS II, LLC, CALIFORNIA TV HOLDINGS, INC., CALIFORNIA TV, LLC, and BYRON ALLEN FOLKS (collectively "Defendants"), through their undersigned attorney of record, stipulate to the deadline for Defendants to respond to Plaintiff's Complaint as follows:

WHEREAS, on November 21, 2025, Plaintiff filed her Complaint in this action;

WHEREAS, on December 1, 2025, Plaintiff served her Complaint upon the agent for service of process for Defendants Allen Media Holdings, LLC, Allen Media Holdings II, LLC and Allen Media, LLC;

WHEREAS, on December 4, 2025, Plaintiff sought waivers of service of summons for Defendants Allen Media Broadcasting LLC, California TV Holdings, Inc., California TV, LLC, and Byron Allen Folks;

WHEREAS, Plaintiff and Defendants, through counsel, have met and conferred on the service of Plaintiff's Complaint and requests for waivers of service, and agree that the responsive pleading deadline for Defendants coincide with the time to respond under the waiver of service rules pursuant to Federal Rule of Civil Procedure, Rule 4, and occur on February 3, 2026;

WHEREAS, the Parties are currently meeting and conferring on the Complaint, and Defendants' intention to file a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). At this juncture, the Parties intend to continue to meet and confer regarding the Complaint to avoid law and motion and are discussing potential resolution including the filing of an amended complaint;

WHEREAS, the Parties' agreed upon deadline for Defendants' responses to Plaintiff's Complaint will not alter the date of any event or deadline already fixed by Court order;

WHEREAS, by agreeing to this stipulation, the Parties agree that Defendants do not waive any of their defenses.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through their respective counsel of record, that Defendants have until February 3, 2026, to file responses to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

Dated: December 16, 2025　　　　　　　FISHER & PHILLIPS LLP

By: /s/ *Juan C. Araneda*
　　Juan C. Araneda
　　Attorneys for Defendants
　　ALLEN MEDIA BROADCASTING LLC, ALLEN MEDIA HOLDINGS, LLC, ALLEN MEDIA HOLDINGS II, LLC, CALIFORNIA TV HOLDINGS, INC., CALIFORNIA TV, LLC, and BYRON ALLEN FOLKS

Dated: December 16, 2025　　　　　　　JOHN KEVIN CROWLEY - ATTORNEY AT LAW

By: */s/ John Kevin Crowley (as authorized on 12/11/2025)*
　　John Kevin Crowley
　　Attorneys for Plaintiff
　　COURTNEY MARIE KREIDER

**ORDER**

Pursuant to the Federal Rules of Civil Procedure, this Court's Local Rules and the Joint Stipulation of Plaintiff COURTNEY MARIE KREIDER and Defendants ALLEN MEDIA BROADCASTING LLC, ALLEN MEDIA HOLDINGS, LLC, ALLEN MEDIA HOLDINGS II, LLC, CALIFORNIA TV HOLDINGS, INC., CALIFORNIA TV, LLC, and BYRON ALLEN FOLKS (collectively "Defendants"), Regarding the Deadline for Defendants to Respond to the Initial Complaint, and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants ALLEN MEDIA BROADCASTING LLC, ALLEN MEDIA HOLDINGS, LLC, ALLEN MEDIA HOLDINGS II, LLC, CALIFORNIA TV HOLDINGS, INC., CALIFORNIA TV, LLC, and BYRON ALLEN FOLKS shall have until February 3, 2026, to file their responsive pleading(s) to Plaintiff's Initial Complaint.

**IT IS SO ORDERED.**

Dated: December 16, 2025



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 years, employed in the County of San Francisco, State of California, and not a party to the within action. I am employed with the law offices of Fisher & Phillips LLP and its business address is 1 Montgomery Street, Suite 3400, San Francisco, California 94104.

On December 16, 2025, I served the following document entitled **JOINT STIPULATION RE: DEADLINE FOR DEFENDANTS ALLEN MEDIA BROADCASTING LLC, ALLEN MEDIA HOLDINGS, LLC, ALLEN MEDIA HOLDINGS II, LLC, CALIFORNIA TV HOLDINGS, INC., CALIFORNIA TV, LLC, and BYRON ALLEN FOLKS TO RESPOND TO THE INITIAL COMPLAINT; [PROPOSED] ORDER** on all the appearing and/or interested parties in this action as follows:

| | |
|---|---|
| John Kevin Crowley<br>Attorney At Law<br>111 W. St. John Street, Suite 1200<br>San Jose, CA 95113 | Attorneys for Plaintiff<br>COURTNEY MARIE KREIDER<br><br>Tel: (408) 288-8100<br>Fax: (408) 288-9409<br>E-mail: jkc@gedlaw.com;<br>mariela@gedlaw.com |

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☒ **[by EMAIL]** - I certify that on the date below, I served the above listed document(s) via electronic mail to the listed recipient(s) email address(es) and such transmission was sent from the following sender: yhernandez@fisherphillips.com. I did not receive any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the State of California at whose direction the service was made.

Executed on December 16, 2025, at San Francisco, California.

*/s/ Yroleny Hernandez*
Yorleny Hernandez